FILED
United States Court of Appeals
Tenth Circuit

January 26, 2021

Christopher M. Wolpert
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

UNITED STATES OF AMERICA,

　　　Plaintiff - Appellee,

v.

ERIC KING,

　　　Defendant - Appellant.

No. 20-1234
(D.C. No. 1:19-CR-00257-WJM-1)
(D. Colo.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **BRISCOE**, **LUCERO**, and **MATHESON**, Circuit Judges.
_____

　　　Eric King is detained pending trial on a criminal charge.  He filed a motion

with the district court seeking a hearing and amendment of his detention order.  The

district court denied the motion in April 2020.  King then had fourteen days to appeal

the detention order.  *See* Fed. R. App. P. 4(b)(1)(A)(i).  That deadline came and went

without him filing a notice of appeal.  Several weeks later, he unsuccessfully filed a

motion asking the district court to reconsider its detention order.  Then he filed a

_____

[*] After examining the briefs and appellate record, this panel has determined
unanimously that oral argument would not materially assist in the determination of
this appeal.  *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G).  The case is therefore
ordered submitted without oral argument.  This order and judgment is not binding
precedent, except under the doctrines of law of the case, res judicata, and collateral
estoppel.  It may be cited, however, for its persuasive value consistent with
Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

notice of appeal, declaring his intent to appeal the reconsideration order. His memorandum brief, however, challenges only the April 2020 detention order. His appeal of that order is untimely. *See id.*

Because Rule 4(b)(1)(A) is a claim-processing rule, King's failure to file a timely notice of appeal does not affect our jurisdiction. *See United States v. Garduño*, 506 F.3d 1287, 1290–91 (10th Cir. 2007). Although Rule 4(b)(1)(A) is not jurisdictional, it is inflexible, assuring relief to a party who properly raises it. *Garduño*, 506 F.3d at 1291. The government properly invoked the rule, so we must dismiss this appeal as untimely. *See id.* at 1292.

The appeal is dismissed.

Entered for the Court  
Per Curiam
